U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 15 2011

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA )
) No. 4:11cR40014-001
v. )
) 29 U.S.C. § 501(c)
MICHAEL J. CURRY )

## INFORMATION

The United States Attorney charges:

Beginning in or about July 1, 2009 and continuing through and including January 31, 2010, in the Western District of Arkansas, Texarkana Division, MICHAEL J. CURRY, the defendant, an officer of a labor organization engaged in an industry affecting commerce within the meaning of Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. Sections 402(i) and (j)); namely, secretary-treasurer of the Brotherhood of Maintenance of Way Employees Local Lodge 1127, embezzled, stole and unlawfully and willfully converted to his own use moneys and funds and assets in the amount of $6,996.55 belonging to the Brotherhood of Maintenance of Way Employees Local Lodge 1127, all in violation of Title 29, United States Code, Section 501(c).

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: Kyra Jenner

Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith, AR 72902
Telephone: 479-783-5125